UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE STAMM,

        Plaintiff,

                                  Case No. 13-cv-14422
                                Honorable Gershwin A. Drain

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#12], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#10], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#11]

      This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Jeanette Stamm's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for disability insurance benefits.  The matter was referred to Magistrate Judge David R. Grand, who issued a Report and Recommendation on September 16, 2014, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's findings.  Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired.  *See* 28 U.S.C. § 636(b)(1)(C).

      Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.  Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Grand's September 16, 2014 Report and Recommendation [#12] as this Court's findings of fact and conclusions of law.

-2-

Defendant's Motion for Summary Judgment [#11] is **GRANTED**.  Plaintiff's Motion for Summary Judgment [#10] is **DENIED**.

This cause of action is dismissed.

SO ORDERED.

Dated: October 7, 2014

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Court Judge